# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

ERIKA MOORE

Defendant.

**CASE NUMBER 2:18-MJ-09137-ARM-1**

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, ERIKA MOORE, was represented by Thomas Young, Assistant Federal Public Defender.

On motion of the United States, the court has dismissed Possession of Drug Paraphernalia (7467013 and 7467014, 7467015) and Possession of Hypodermic Needles (7467016).

The defendant pleaded guilty to Possession of Heroin (7467012) on August 23, 2018. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21 USC 844 | Possession of Heroin | July 18, 2018 | 7467012 |

As pronounced on August 23, 2018, the defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Signed this 4th day of September, 2018.

CERTIFIED TO BE A TRUE COPY

*/s/ Anthony R. Mautone*

Anthony R. Mautone
United States Magistrate Judge

*/s/ Anthony R. Mautone*

Anthony R. Mautone
United States Magistrate Judge

08640

Judgment - Page 2 of 2

Defendant: ERIKA MOORE
Case Number: 2:18-MJ-09137-ARM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 5 months to run concurrent to the 5 months imposed for Violation of Probation under Docket No. 15-9214. The defendant shall receive credit for being in custody since July 31, 2018.

The defendant will remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____

At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal